IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA TRACTENBERG, : | |
| Plaintiff : | CIVIL ACTION |
| v. : | |
| : | |
| CITIGROUP INC. and CITICORP. : | No. 10-3092 |
| Defendants : | |

## ORDER

AND NOW, this 21st day of December, 2011, upon consideration of plaintiffs' motion for reconsideration (Doc. # 45) and all responses and replies thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.